**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CLARK A. WEBER, | : | No. 44 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HONORABLE RICHARD A. LEWIS, P.J.; | : | |
| AND HONORABLE ANDREW H. | : | |
| DOWLING, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2018, the "Application for Relief," which is treated as a Petition for Writ of Mandamus, is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.